UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Chapter 11

HAE SUNG CORP.,                                              Case No: 17-42591

                          Debtor.
-----------------------------------------------------------X

## AFFIRMATION OF SERVICE

      Joel Alan Gaffney, an attorney licensed to practice before this court, says I am not a party to the action; I am over the age of 18 years and reside in Brooklyn, New York.

      On June 8, 2017, I served the within NOTICE OF MOTION TO REJECT CONTRACT OF SALE by depositing a true copy thereof in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to: Dae Ki Min, 27 Dillingham Place, Englewood Cliffs, NJ 07632; and 1424 Nostrand LLC, c/o Drew R. Lontos, Young, Klein, & Lontos PC, 86-25 Lefferts Blvd, Richmond Hill, NY 11418.

      On June 12, 2017, I served the within NOTICE OF MOTION TO REJECT CONTRACT OF SALE by depositing a true copy thereof in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to: Kriss & Feuerstein LLP, Jerold C. Feuerstein, 360 Lexington Avenue, Suite 1200, New York, New York 10017; and Borah, Goldstein, Altschuler, Nahins & Goidel, P.C., 377 Broadway, New York, New York 10013.

                                                               *s/ Joel Alan Gaffney*
                                                                 Joel Alan Gaffney