UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
-------------------------------------------------------------------X

In Re:                                                                      Chapter - 11

    HAE SUNG CORP.,                              Case No.: 17-42591 (ESS)

                                    Debtor.
-------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that pursuant to 11 U.S.C. § 1109(b) and Rules 9007 and 9010(b) of the Bankruptcy Rules, Borah, Goldstein, Altschuler, Nahins & Goidel, P.C., party in interest (the "Party"), hereby appears in the above-captioned case and requests that notice of all matters arising herein be duly served upon the undersigned attorney on behalf of the Party, at the address set forth below.

Request is hereby made for copies of all other papers, including, but not limited to, notices, papers and orders required to be given or served in accordance with Bankruptcy Rule 2002 and copies of all reports, pleadings, motions, notices or applications, petitions, requests, complaints, demands, disclosure statements, answering and reply papers, whether formal or informal, written or oral, and by whatever means transmitted, filed in the above-captioned case, and in any adversary proceedings or contested matters therein.

This Notice of Appearance and Demand for Service of Papers shall not constitute or be deemed or construed to be a waiver of the Party's rights: (1) to have any final orders in noncore matters entered only after *de novo* review by a United States District Judge; (2) to trial by jury in any proceeding so triable in this case or any case,

controversy, or proceeding related to this case; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to contend that jurisdiction or venue in this Court is improper or inappropriate; or (5) to any other claims, actions, defenses, rights, remedies, setoffs or recoupments to which the Party is or may be entitled, in law or in equity, all of which claims, actions, defenses, rights, remedies, setoffs, and recoupments the Party expressly reserves.

Dated: New York, New York
       June 6, 2017

    Yours, etc.

    BORAH, GOLDSTEIN, ALTSCHULER,
    NAHINS & GOIDEL, P.C.
    Attorneys for Borah, Goldstein, Altschuler,
    Nahins & Goidel, P.C.

    By: _____
    JEFFREY C. CHANCAS
    377 Broadway
    New York, New York 10013
    (212) 431-1300

TO:  HAE SUNG CORP.
    *Debtor*
    1424 Nostrand Avenue
    Brooklyn, New York 11226

    JOEL ALAN GAFFNEY, ESQ.
    GREGORY M. MESSER, ESQ.
    *Attorneys for Debtor*
    Law Offices of Gregory Messer, PLLC
    26 Court Street –Suite 2400
    Brooklyn, New York 11242
    (718) 858-1474

UNITED STATES TRUSTEE
Office of the United States Trustee
Eastern District of New York (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10004
(212) 510-0500

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2017, a true and correct copy of the above Notice was served by electronically filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

I also hereby certify that a copy was mailed via United States Postal Service to all parties named above.

_____
JEFFREY C. CHANCAS

Index No.    17-42591 (ESS)    Year 20

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)

In Re:

**HAE SUNG CORP.**

Debtor.

NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS

BORAH, GOLDSTEIN, ALTSCHULER,
NAHINS & GOIDEL, P.C.

*Attorney(s) for*

*Office and Post Office Address*
377 BROADWAY
NEW YORK, NY 10013-3993
(212) 431-1300
FAX NUMBER: (212) 334-0960

Please refer all communications

To:    **JEFFREY C. CHANCAS**    Esq.
       Ext.    611

or:

       Ext.

To:

*Attorney(s) for*

---

## ATTORNEY'S CERTIFICATION

STATE OF NEW YORK, COUNTY OF

The undersigned, an attorney admitted to practice in the State of New York, does hereby certify, pursuant to Section 2105 CPLR, that I have compared the within with the original and have found it to be a true and complete copy thereof.

........................................................
Type or Print Name Below Signature

Dated:                                          20

---

## NOTICE OF ENTRY OR SETTLEMENT
[Check and complete appropriate box and section]

Sir/Madam(s):

PLEASE TAKE NOTICE that a

☐ **NOTICE OF ENTRY**
    that the within is a (true) (certified) copy of a duly entered in the within named court on        20

☐ **NOTICE OF SETTLEMENT**
    that an order of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named court at the courthouse at

on                              20        at        o'clock        M.

Yours, etc.,

BORAH, GOLDSTEIN, ALTSCHULER,
NAHINS & GOIDEL, P.C.

*Attorney(s) for*

*Office and Post Office Address*
377 BROADWAY
NEW YORK, NY 10013-3993
(212) 431-1300
FAX NUMBER: (212) 334-0960

---

## ADMISSION OF SERVICE

The undersigned acknowledges receipt of a copy of the within

on                              20
at        o'clock        M.

Attorney(s) for

by: ........................................................

---

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK
COUNTY OF

                            being sworn, says:
I am not a party to this action; I am over 18 years of age; I reside at

On                              20        I served
the within

upon

the attorney(s) for                              in this action, at

the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

........................................................
Type or Print Name Below Signature

Sworn to before me
this        day of                    20